UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BRIDGEMAN, | No. 2:15-cv-2578 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| CDC CALIFORNIA MEDICAL FACILITY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

Petitioner challenges his 2008 conviction in the Sacramento County Superior Court. It is not clear from the petition what claims he is asserting or the legal/factual basis for any such claims.

Habeas Rule 2(c) requires that a petition 1) specify all grounds of relief available to the petitioner; 2) state the facts supporting each ground; and 3) state the relief requested. Notice pleading is not sufficient; rather, the petition must state facts that point to a real possibility of

constitutional error." Rule 4, Advisory Committee Notes, 1976 Adoption; see <u>Blackledge v. Allison</u>, 431 U.S. 63, 75 n. 7 (1977). Allegations in a petition that are vague, conclusory, or palpably incredible are subject to summary dismissal. <u>Hendricks v. Vasquez</u>, 908 F.2d 490, 491 (9th Cir. 1990).

Here, the petition does not meet the pleading requirements of Rule 2(c). Thus the court will summarily dismiss the petition. Petitioner will be granted thirty days to file an amended petition that complies with Rule 2(c) and all other applicable rules.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request for leave to proceed in forma pauperis is granted;

2. The petition is dismissed without prejudice pursuant to Habeas Rule 2(c);

3. Petitioner is granted thirty days from the date of this order to file an amended petition as described above; and

4. Petitioner's failure to timely file an amended petition will result in a recommendation that this action be dismissed.

Dated: January 5, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / brid2578.R2(c)